IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

PATRICIA HEINEN,

                             ORDER

                Plaintiff,

   v.                                12-cv-670-wmc

STATE OF WISCONSIN and
DANE CO.,

                Defendants.
_____

      This is a civil action filed by plaintiff Patricia J. Heinen, who is proceeding pro se. Plaintiff has paid the $350 fee for filing this case.

      The next step is for plaintiff to serve her complaint on the defendants.  This court requires that a plaintiff act diligently in moving his or her case to resolution and so I will give plaintiff a deadline to complete service.  If plaintiff acts promptly, she should be able to serve her complaint on the defendants well before the deadline.  For plaintiff's information, Fed. R. Civ. P. 4(2) states that service must be made by any person who is at least 18 years old and not a party to the lawsuit.  In addition, Fed. R. Civ. P. 4(j)(2) also states,

> Service upon a state, municipal corporation or other governmental organization subject to suit shall be effected by delivering a copy of the summons and of the complaint to its chief executive officer or by serving the summons and complaint in the manner prescribed by the law of that state for the service of summons or other like process upon any such defendant.

To help plaintiff understand the procedure for serving a complaint as prescribed by the state of Wisconsin, enclosed with this order are Wis. Stat. §§ 801.10 and 801.11.

ORDER

IT IS ORDERED that plaintiff promptly serve a summons and her complaint on the defendants and file proof of service of her complaint as soon as service has been accomplished. Summonses that have been signed and sealed by the clerk of court are enclosed to plaintiff with this order for his use in serving her complaint.  If, by October 25, 2013, plaintiff fails to submit proof of service of her complaint on the defendants or explain her inability to do so, I will direct plaintiff to show cause why his case should not be dismissed for lack of prosecution.

Entered this 20th day of September, 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

2