IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PATRICIA J. HEINEN,

      Plaintiff,          ORDER

v.

                    12-cv-670-wmc

STATE OF WISCONSIN, and DANE COUNTY,

      Defendants.

---

In an order dated September 23, 2013, the court directed plaintiff Patricia J. Heinen, proceeding *pro se*, to serve her complaint and provide proof of such service on or before October 25, 2013. (Dkt. #4.) Instead, plaintiff submitted a letter to the court on October 15, 2013, apparently seeking advice as to whether she should continue with this lawsuit. (Dkt. #6.) The clerk's office responded informing her that the court cannot advise her as to whether to go forward, encouraged her to seek the advice of counsel, and directed her to serve the complaint if she opts to go forward. (Dkt. #7.)

Having been advised that plaintiff has not filed a proof of service upon defendant which was originally due by October 25, 2013, and in light of plaintiff's letter to the court questioning whether she should go forward with the lawsuit, IT IS HEREBY ORDERED that the above case is DISMISSED without prejudice.

Entered this 15th day of November, 2013.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge